# In the United States Court of Federal Claims

No. 17-1070C
(Filed: June 30, 2020)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **WISCONSIN PHYSICIANS SERVICE INSURANCE CORP. AND WPS HEALTH PLAN, INC.,** | \* \* \* \* \* |
| Plaintiffs, | \* \* |
| v. | \* \* |
| **THE UNITED STATES,** | \* \* |
| Defendant. | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Pursuant to the Stipulation for Entry of Judgment, ECF No. 19, filed on June 29, 2020, the Court **ACCEPTS** the stipulation which states:

> To resolve the risk corridors claims of Plaintiffs, Wisconsin Physicians Service Insurance Corporation and WPS Health Plan, Inc., doing business as Arise Health Plan (collectively, "WPS"), and to permit the entry of final judgment on those claims, the Parties agree that *Maine Community Health Options* entitles WPS to payment under section 1342 and that WPS is entitled to payment from the United States under section 1342 of the ACA for risk corridors benefit years 2014, 2015, and 2016 in the amount totaling $28,513,173.61 (the "Stipulated Amount"). The Parties further jointly request that the Court dismiss Counts II and III with prejudice.

Accordingly, the Court enters judgment in favor of WPS in the amount of $28,513,173.61 on Count I. The Court further dismissed Courts II and III with prejudice. Payment of the full judgment in the Stipulated Amount shall be made to WPS Health Plan, Inc., doing business as Arise Health Plan.

Upon payment of the full judgment in the Stipulated Amount to WPS Health Plan, Inc., doing business as Arise Health Plan, Wisconsin Physicians Service Insurance Corporation (HIOS Number 81974) and WPS Health Plan, Inc., doing business as Arise Health Plan (HIOS Number 84670), and any and all of their affiliated entities, release the United States, its agencies, instrumentalities, officers, agents, employees, and servants, from all claims (including attorney fees, costs, and expenses of every kind and however denominated) that Wisconsin Physicians

Service Insurance Corporation and WPS Health Plan, Inc., doing business as Arise Health Plan, and any and all of their affiliated entities, have asserted, could have asserted, or may assert in the future against the United States, its agencies, instrumentalities, officers, agents, employees, and servants, arising under section 1342 of the ACA.

    The Clerk is directed to enter judgment accordingly.

    **IT IS SO ORDERED.**

<u>s/ Edward J. Damich</u><br>
EDWARD J. DAMICH<br>
Senior Judge